# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

CURTIS HODGES

VERSUS

EVEREST NATIONAL INSURANCE, ET AL.

CIVIL ACTION

24-894-SDD-EWD

### RULING

The Court has carefully considered the *Motion,*[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Erin Wilder-Doomes dated July 1, 2025, to which an *Objection*[3] was filed.   The Court conducted a *de novo* review.

**ACCORDINGLY,**

**IT IS ORDERED** that the *Motion to Remand,*[4] filed by Plaintiff Curtis Hodges, is **DENIED.**

**IT IS FURTHER ORDERED** that this matter is referred to the magistrate judge for a scheduling conference.

Signed in Baton Rouge, Louisiana on July 2, 2025.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 7.
[2] Rec. Doc. 15.
[3] Rec. Doc. 16
[4] Rec. Doc. 7.